UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 15-09213-ODW (KS) | Date | January 30, 2017 |
|---|---|---|---|
| Title | *Penate v. Wyndham Worldwide Operations* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | | |
|---|---|---|---|
| Sheila English | Not reported | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not present | | Not present | |

**Proceedings:**            **In Chambers**

The Court **ORDERS** Plaintiffs to **SHOW CAUSE**, in writing only, no later than **February 6, 2017**, why the Court should not dismiss Defendant Lamont Zachman based on Plaintiffs' failure to serve him with the Complaint within the Rule 4(m) period. No hearing will be held. Failure to timely respond to this Order may result in the dismissal without prejudice of Defendant Zachman without further warning from the Court.

                                                                                            :    00

                                                Initials of Preparer    SE